**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CRAIG YATES,<br><br>          Plaintiff,<br><br>     v.<br><br>BANGKOK THAI EXPRESS, INC., and others,<br><br>          Defendants. | Case No. 13-cv-05127 NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this case alleging violations of the Americans with Disabilities Act on November 4, 2013.  Dkt. No. 1.  The parties stipulated to conduct the joint site inspection by April 18, 2014.  Dkt. No. 12.  The parties have since failed to file a notice for need of mediation, as required by the scheduling order in the case.  *See* Dkt. No. 3.  Therefore, plaintiff is ordered to show cause, within 28 days of this order, as to why his case should not be dismissed for lack of prosecution.

     IT IS SO ORDERED.

     Date:  June 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-05127 NC
ORDER TO SHOW CAUSE