THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:  415/674-8600
Facsimile:    415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff , CRAIG YATES,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>  Plaintiff,<br><br>v.<br><br>BANGKOK THAI EXPRESS, INC., a California Corporation dba BANGKOK THAI EXPRESS; and DONALD J. KELLEHER and DONNA B. KELLEHER, Co-Trustees of THE KELLEHER FAMILY TRUST of 1990, u/d/t dated July 14, 1990,<br><br>  Defendants.<br>_____ | **CASE NO. CV-13-5127-NC**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: January 27, 2015         THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*

                                By: */s/ Thomas E. Frankovich*
                                    Thomas E. Frankovich
                                Attorney for Plaintiff CRAIG YATES

Dated: January 27, 2015         MCNEIL, SILVEIRA, RICE & WILEY,

Permission given to use electronic signature 1/27/2015 via e-mail

                                By:   */s/ Mark J. Rice*
                                      Mark J. Rice
                                      Patrick J. McNeil
                                Attorneys for Defendants BANGKOK THAI EXPRESS, INC., a California Corporation dba BANGKOK THAI EXPRESS; and DONALD J. KELLEHER and DONNA B. KELLEHER, Co-Trustees of THE KELLEHER FAMILY TRUST of 1990, u/d/t dated July 14, 1990

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated:  __January 29__, 2015

                                _____
                                Honorable Magistrate
                                UNITED STATES

*[Stamp: GRANTED — Judge Nathanael M. Cousins — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON          CASE NO. C 13-5127-NC          -2-